IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MARTINEZ, | ) | CASE NO. 1:15-CV-01686 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |
| | ) | |

Pursuant to the Court's Memorandum Opinion filed September 23, 2016, the Court grants Defendants City of Cleveland, Martin Flask, and Michael McGrath's Motion to Dismiss the Amended Complaint. (Doc. No. 21). Therefore, Plaintiff Richard Martinez's Amended Complaint is dismissed.

**IT IS SO ORDERED**.

                                               s/ *Kenneth S. McHargh*
                                               Kenneth S. McHargh
                                               U.S. Magistrate Judge

Date: September 23, 2016